Marian Heideman, Plaintiff-Appellant, v. Willard V. Kelsey, as Executor of Will of Charles Avery Hilliard, Deceased, Frank Wyman Hilliard, Leah Hilliard, and Gladys H. Gates, Defendants-Appellees.

Gen. No. 9,956.

William J. Becker, Rinaker, Smith & Hebron, and F. R. Wiley, for appellant; Hemphill & Kelsey, for appellees. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed July 19, 1954; released for publication August 4, 1954.